Dismissed and Memorandum Opinion filed January 8, 2004









Dismissed and Memorandum Opinion filed January 8,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01109-CV

____________

 

JO ELLA SPARKS,
Appellant

 

V.

 

HARRIS COUNTY HOSPITAL DISTRICT
AUXILIARY, ET AL., Appellees

 



 

On Appeal from the 165th
District Court

Harris County, Texas

Trial Court Cause No.  01-55546

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed September 2, 2003.

On December 23, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 8, 2004.

Panel consists of Justices Yates,
Hudson, and Fowler.